UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-cv-00048-FDW

| | |
|---|---|
| JOSE ANTONIO GOMEZ ZAVALA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ICE/DRO, et al., ) <br> ) <br> Respondents. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on Petitioner's Petition for Writ of Habeas Corpus. [Doc. 1].

On January 19, 2026, Petitioner Jose Antonio Gomez Zavala ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and the All Writs Act, 28 U.S.C. §§ 2201 et seq. [Doc. 1]. Petitioner is a citizen of Honduras who arrived in the United States in 1995 and was issued an Order of Removal in 1999. [Id. at 2]. However, he was granted Temporary Protected Status, which stays execution of any final order of removal, as a citizen and national of Honduras. [Id. at 2-3]. On January 19, 2026, he was detained in Charlotte, North Carolina, and remains detained without an individualized custody determination. [Id. at 3-4]. He seeks immediate release from custody. [Id. at 4].

Petitioner has named as Respondents: unnamed Assistant Field Office Director, ICE, whom Petitioner alleges has immediate physical custody of the Petitioner; Kristi Noem, Secretary of the U.S. Department of Homeland Security; and Pamela Bondi, the United States Attorney General and overseer of the Executive Office for Immigration Review (EOIR). [Id. at 3].

Pursuant to 28 U.S.C. § 2243, the Court will order Respondents to show cause why the

writ should not be granted within seven (7) days of this Order. The Court will order that any reply by Petitioner must be filed within three (3) days of Respondents' show cause response. The Court will also order the parties to indicate whether they agree that this matter may be decided on the briefs and papers before the Court without a hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted and certify the true cause of the detention within **seven (7) days** of this Order.

**IT IS FURTHER ORDERED** that Petitioner shall **FILE** any reply to Respondents' show cause response within **three (3) days** of thereof.

**IT IS FURTHER ORDERED** that the parties shall **ADVISE** the Court within **seven (7) days** of this Order whether they agree that this matter can be decided without a hearing.

The Clerk is respectfully instructed to add the USA 2255 Group to ECF, and to email this Order to Gill P. Beck, Civil Chief, Assistant United States Attorney, United States Attorney's Office – Western District of North Carolina at Gill.Beck@usdoj.gov, and Janice Powers, Assistant United States Attorney, Civil Division, United States Attorney's Office – Western District of North Carolina, Janice.Powers@usdoj.gov.

**IT IS SO ORDERED.**

Signed: January 22, 2026

_____
Frank D. Whitney
Senior United States District Judge